IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:14-CR-159 (LMB) |
| ) | |
| IN SEON LIM, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER TO FORFEIT BANK ACCOUNT FUNDS

WHEREAS, Defendant In Seon Lim pleaded guilty to Counts One, Five and Ten of the Indictment charging him with conspiracy to commit bribery and honest services wire fraud, in violation of 18 U.S.C. § 371, bribery, in violation of 18 U.S.C. § 201(b)(2), and attempting to interfere with and impede the due administration of the internal revenue laws, in violation of 26 U.S.C. § 7212(a);

WHEREAS, pursuant to his plea agreement (Dkt. #21), the defendant agreed to and this Court entered a Consent Order of Forfeiture (Dkt. #25) that included a money judgment of $490,262.86;

WHEREAS, the money judgment has not been satisfied, and the defendant has agreed to forfeit all funds in the following bank accounts in partial satisfaction of his money judgment: pursuant to 21 U.S.C. § 853(p):

    a.    Bank of America account # 435019927024 – approx.. $ 9,805.55

    b.    Bank of America account # 435020066673 – approx.. $1,500.37

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. All funds in the following bank accounts ate FORFEITED to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p):

    a.  Bank of America account # 435019927024 – approx.. $ 9,805.55

    b.  Bank of America account # 435020066673 – approx.. $1,500.37

2. The Attorney General or a designee is hereby authorized to seize, inventory, and otherwise maintain custody and control of the property, whether held by the defendant or by a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(3).

3. This order of forfeiture is final as to the defendant but preliminary as to third parties with an interest in the property, pursuant to Fed. R. Crim. P. 32.2(b)(4).

4. The United States shall provide direct written notice to any persons known to have, or to have alleged, an interest in the property, and shall publish notice of this order in accordance with Federal Rule of Criminal Procedure 32.2(b)(6).

5. Any person, other than the defendant, asserting any legal interest in the property may, within thirty (30) days of the final publication of notice or his receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest in the property pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c)(1).

6. If no third party files a timely petition or if this Court denies and/or dismisses all third party petitions timely filed, this Court shall enter a Final Order of Forfeiture concerning the property, and the United States shall have clear title to the property and may warrant good title to

any subsequent purchaser or transferee pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2 (c)(2).

7. If this Court grants any third party rights, a Final Order of Forfeiture that amends this order as necessary to account for said third party rights, shall be entered pursuant to 21 U.S.C. § 853(n)(6) and Fed. R. Crim. P. 32.2(c)(2).

Date: October 24, 2014
Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

WE ASK FOR THIS:

For the United States of America, plaintiff

Dana J. Boente
United States Attorney

By: _____
Jack Hanly
Assistant United States Attorney

For In Seon Lim, Defendant

_____
In Seon Lim
Defendant

_____
Michael S. Nachmanoff
Counsel for the Defendant

3